IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, et al., | ) ) ) | Case No. 1:05-CV-02340 |
| Plaintiffs, | ) ) | Judge Ann Aldrich |
| v. | ) ) | Magistrate Judge William H. Baughman |
| C.R. ENGLAND, INC., et al., | ) ) | |
| Defendants. | ) ) | ORDER |

Before the court is defendant C.R. England, Inc.'s ("CRE") motion to compel discovery [Docket No. 11], filed on June 5, 2006. At the telephone conference held on that motion on June 29, 2006, the parties indicated that plaintiffs Progressive Preferred Insurance Company and Charles Young (collectively, "Progressive"), have responded to CRE's discovery requests and that the parties have resolved the discovery dispute. The court thus denies the motion to compel as moot.

However, due to Progressive's recent production of documents, additional depositions will be necessary, and the parties agreed that extension of case management deadlines would be required. Therefore, based on the parties' jointly suggested dates, the court sets the following new deadlines: Discovery shall be due by September 22, 2006; Dispositive motions shall be due by October 16, 2006; and the jury trial is reset for Monday, December 11, 2006, at 9:00 a.m.

IT IS SO ORDERED.

    /s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: June 30, 2006**