IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, et al., | ) ) ) Case No. 1:05-CV-02340 |
| Plaintiffs, | ) ) |
| | ) Judge Ann Aldrich |
| v. | ) ) |
| | ) Magistrate Judge William H. Baughman |
| C.R. ENGLAND, INC., et al., | ) ) |
| Defendants. | ) ORDER ) |

Before the court is defendant C.R. England, Inc.'s ("CRE") motion to compel discovery [Docket No. 27]. CRE seeks to depose seven individuals in this case, whose depositions were previously requested and scheduled, but subsequently cancelled by the plaintiffs. Plaintiffs have not filed a response to CRE's motion to compel, so the court shall rule on the motion as unopposed. N.D. OHIO CIV. R. 7.1(g).

The court therefore orders plaintiffs to produce Valerie M. Young, Jamie Young, Lindsey Young, Ashley Young, Daphne Young, Kimberly Bethel and B. Meyers for deposition at a time convenient to both plaintiffs and CRE, no later than December 29, 2006. Failure to comply with this order shall result in further sanctions, up to and including potential dismissal of plaintiffs' claims with prejudice.

IT IS SO ORDERED.

/s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: December 4, 2006**